JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH HANCZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　Defendant. | Case No. 2:19-cv-07291 MWF (ASx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 13, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

LA #4821-8979-4241 v1                                                                                 CASE NO. 2:19-cv-07291 MWF (ASx)